United States District Court
Western District of New York

6:21-cv-06668

| Derrik Dildine, individually and on behalf of all others similarly situated, |
|---|
| Plaintiff, |
| - against - |
| 7-Eleven, Inc., |
| Defendant |

Notice of Voluntary Dismissal

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:     April 11, 2022

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080

SO ORDERED THIS 12 DAY OF April 20 22

HON. FRANK P. GERACI, JR.
U.S. District Judge