Judgment in a Civil Case

## United States District Court
WESTERN DISTRICT OF NEW YORK

DERRIK DILDINE,
*Individually and on behalf of all others
similarly situated*

      v.

7-ELEVEN, INC.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 21-cv-6668

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the case is voluntarily dismissed with prejudice per stipulation and order Dkt. 11.

Date: April 13, 2022

MARY C. LOEWENGUTH
CLERK OF COURT

By: Lisa M. Duque
    Deputy Clerk